```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

Rivera,

                                 Plaintiffs,

            -against-

Thompkins, et al.,

                                 Defendant.
```
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024

**ORDER RE STATUS CONFERENCE**

7:23-cv-2503-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

**VICTORIA REZNIK, United States Magistrate Judge:**

       **PLEASE NOTE NEW DIAL IN INFORMATION. THE DATE AND TIME OF THE CONFERENCE HAS NOT CHANGED.**

       A Status Conference (via telephone) is hereby scheduled **March 20, 2024 at 11 AM.**

The parties are to dial in to Teams conference line at **1 914-292-4033**, enter the Conference ID **114 372 870 7** and then # to enter the conference.

**Re: Incarcerated Prisoners**

       *Incarcerated petitioners/plaintiffs* shall participate in the conference by telephone (*in lieu of a writ appearance*). It is the responsibility of counsel for *respondent/defendant* to make prior arrangements with the appropriate facility to have the *petitioner/plaintiff* available via telephone*.*
       **SO ORDERED.**

DATED:    White Plains, New York
                 February 22, 2024

                                                        _____
                                                         VICTORIA REZNIK
                                                         United States Magistrate Judge