```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Raymond Rivera,

                         Plaintiff,

      -against-

Ms. Thompkin's,

                        Defendant.
---------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-2503-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A telephonic Status Conference is hereby scheduled for **Monday, May 13, 2024, at 2:30 PM**.  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      To the extent feasible, counsel should made prior arrangements with the appropriate facility to have Plaintiff available via telephone for this Status Conference.

      The Clerk of Court is respectfully directed to mail a copy of this Scheduling Order to Plaintiff.

      **SO ORDERED.**

DATED:    White Plains, New York
               May 6, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge