

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

Writer's Direct Dial: (212) 416-8952

November 25, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re: *Rivera v. Tompkins*, 23 CV 2503 (KMK)

Dear Judge Karas:

This Office represents Defendant Sarah Tompkins ("Defendant") in the above-captioned case. Pursuant to the Your Honor's July 18, 2024 Order (Dkt. No. 60), Defendant filed her Motion for Summary Judgment on August 16, 2024 (Dkt. No. 63-66), and Plaintiff was originally given until September 16, 2024 to respond. (Dkt. No. 60). Plaintiff failed to submit an opposition nor requested an extension of time by September 16, 2024. On September 30, 2024, this Office wrote a letter to the Court requesting this case be considered fully submitted. (Dkt. No. 67). This Court responded to that letter on October 4, 2024 and granted Plaintiff an extension to November 15, 2024 to submit an opposition or request additional time. (Dkt. No. 68). Plaintiff failed to submit an opposition nor requested an extension of time by November 15, 2024. As of November 25, 2024, this Office has not received an opposition from Plaintiff, and he has not filed one nor requested an extension of time to do so.

Accordingly, Defendant respectfully request that the Court consider her Motion fully submitted and grant Defendant's Motion for Summary Judgment and dismiss Plaintiff's claims with prejudice, for all the reasons set forth in her opening brief.

We thank the Court for its attention to this matter.

So Ordered.

The Clerk is respectfully directed to
mail this document to Plaintiff.

So Ordered

11/25/24

Respectfully Submitted,

/s/ *Owen M. Crowley*
Owen M. Crowley
Attorney General Fellow
28 Liberty Street, 18th Floor
New York, New York 10005
Owen.crowley@ag.ny.gov

28 Liberty Street, New York, New York 10005 • Tel.: (212) 416-8610 • Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov

cc:   Raymond Rivera (Via First Class Mail)
      *Pro Se*
      DIN: 17A1815
      Green Haven Correctional Facility
      594 Rt. 216
      P.O. Box 4000
      Stormville, NY 12582