## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
RAYMOND RIVERA,

               Plaintiff,               23 **CIVIL** 2503 (KMK)

   -against-               **JUDGMENT**

MS. THOMPKINS.

               Defendant.
-------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 25, 2024, the Court grants 69 Letter Motion to Continue; grants 63 Motion for Summary Judgment.

**Dated:** New York, New York

     November 25, 2024

                                           DANIEL ORTIZ
                                           **Acting Clerk of Court**

                       **BY:**   _____
                                              **Deputy Clerk**